PRISONER'S CIVIL RIGHTS COMPLAINT (Rev. 05/2015)

FILED - USDC - NDTX - AB
OCT 24 2023 AM11:23

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE _NORTHERN_ DISTRICT OF TEXAS**
_ABILENE_ **DIVISION**

JUAN MANUEL ALBARADO #01452106
Plaintiff's Name and ID Number

TDCJ- ROBERTSON UNIT
Place of Confinement

CASE NO. **1-23CV-0208H**
(Clerk will assign the number)

v.

Jennifer Cozby, 12071 F.M. 3522, Abilene, Tx. 79601
Defendant's Name and Address

K. Stewart, 12071 F.M. 3522, Abilene, Tx. 79601
Defendant's Name and Address

Greg Rodriguez,
~~Terry Martinez~~, 12071 F.M. 3522, Abilene, Tx. 79601
Defendant's Name and Address
( DO NOT USE "ET AL.")

---

**INSTRUCTIONS - READ CAREFULLY**

**NOTICE:**

**Your complaint is subject to dismissal unless it conforms to these instructions and this form.**

1. To start an action you must file an original and one copy of your complaint with the court. You should keep a copy of the complaint for your own records.

2. Your complaint must be legibly handwritten, in ink, or typewritten. You, the plaintiff, must sign and declare under penalty of perjury that the facts are correct. If you need additional space, **DO NOT USE THE REVERSE SIDE OR BACKSIDE OF ANY PAGE.** ATTACH AN ADDITIONAL BLANK PAGE AND WRITE ON IT.

3. You must file a separate complaint for each claim you have unless the various claims are all related to the same incident or issue or are all against the same defendant, Rule 18, Federal Rules of Civil Procedure. Make a short and plain statement of your claim, Rule 8, Federal Rules of Civil Procedure.

4. When these forms are completed, mail the original and one copy to the clerk of the United States district court for the appropriate district of Texas in the division where one or more named defendants are located, or where the incident giving rise to your claim for relief occurred. If you are confined in the Texas Department of Criminal Justice, Correctional Institutions Division (TDCJ-CID), the list labeled as "VENUE LIST" is posted in your unit law library. It is a list of the Texas prison units indicating the appropriate district court, the division and an address list of the divisional clerks.

Rev. 05/15

**FILING FEE AND *IN FORMA PAUPERIS* (IFP)**

1.  In order for your complaint to be filed, it must be accompanied by the statutory filing fee of $350.00 plus an administrative fee of $50.00 for a total fee of **$400.00**.

2.  If you do not have the necessary funds to pay the fee in full at this time, you may request permission to proceed *in forma pauperis*.  In this event you must complete the application to proceed *in forma pauperis*, setting forth information to establish your inability to prepay the fees and costs or give security therefor. You must also include a current six-month history of your inmate trust account. If you are an inmate in TDCJ-CID, you can acquire the application to proceed *in forma pauperis* and the certificate of inmate trust account, also known as *in forma pauperis* data sheet, from the law library at you prison unit.

3.  The Prison Litigation Reform Act of 1995 (PLRA) provides "... if a prisoner brings a civil action or files an appeal *in forma pauperis*, the prisoner shall be required to pay the full amount of a filing fee."    *See* 28 U.S.C. § 1915. Thus, the court is required to  assess and, when funds exist, collect, the entire filing fee or a initial partial filing fee and monthly installments until the entire amount of the filing fee has been paid by the prisoner. If you submit the application to proceed *in forma pauperis*, the court will apply 28 U.S.C. § 1915 and, if appropriate, assess and collect the entire filing fee or an initial partial filing fee, then monthly installments from you inmate trust account, until the entire $350.00 statutory filing fee has been paid. (The $50.00 administrative fee does not apply to cases proceeding *in forma pauperis*.)

4.  If you intend to seek *in forma pauperis* status, do not send your complaint without an application to proceed *in forma pauperis* and the certificate of inmate trust account. Complete all essential paperwork before submitting it to the court.

**CHANGE OF ADDRESS**

It is your responsibility to inform the court of any change of address and its effective date. Such notice should be marked "**NOTICE TO THE COURT OF CHANGE OF ADDRESS**" and shall not include any motion for any other relief. Failure to file a NOTICE OF THE COURT OF CHANGE OF ADDRESS may result in the dismissal of your complaint pursuant to Rule 41(b), Federal Rules of Civil Procedure.

I.   PREVIOUS LAWSUITS:

   A.  Have you filed *any* other lawsuit in state or federal court relating to your imprisonment? ☑YES ___NO

   B.  If your answer to "A" is "yes", describe each lawsuit in the space below.  (If there is more than one lawsuit, describe  the additional lawsuits on another piece of paper, giving the same information.)

   1.  Approximate date of filing lawsuit: ___Sep. 2019___
   2.  Parties to previous lawsuit:
       Plaintiff(s) ___Juan Manuel Albarado___
       Defendant(s) ___Muhammed Touhami___
   3.  Court: (If federal, name the district; if state, name the county.) ___EASTERN DISTRICT (LUFKIN TX.)___
   4.  Cause number: ___9:19-cv-226___
   5.  Name of judge to whom case was assigned: ___Maria Crone & Zack Hawthorne___
   6.  Disposition: (Was the case dismissed, appealed, still pending?) ___Still pending___
   7.  Approximate date of disposition: ___N/A___

Rev. 05/15

II.    PLACE OF PRESENT CONFINEMENT: TDCJ-ROBERTSON UNIT

III.    EXHAUSTION OF GRIEVANCE PROCEDURES:

Have you exhausted all steps of the institutional grievance procedure?    ✔ YES    ✔ NO

Attach a copy of your final step of the grievance procedure with the response supplied by the institution.

IV.    PARTIES TO THIS SUIT:

A. Name and address of plaintiff: Juan Manuel Albarado
TDCJ# 01452106; ROBERTSON UNIT; 12071 F.M. 3522;
Abilene, Tx. 79601

B.  Full name of each defendant, his official position, his place of employment, and his full <u>mailing</u> address.

Defendant #1: Jerry Martinez, REGIONAL DIRECTOR #6, TDCJ,
1002 Carroll St. Gatesville, Tx. 76528
Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.
"Respondant Superior" & "Principal Agent In-Charge"

Defendant #2: Jennifer Cozby, Senior Warden, TDCJ-ROBERTSON UNIT,
12071 F.M. 3522, Abilene, Tx. 79601
Briefly describe the acts(s) or omission(s) of this defendant which you claimed harmed you.
Principal Agent & Principal Conspirator: ("Listening" & Watching, it all) (Conspiring & Commissioning Agents)

Defendant #3: K. Schiwart, Asst. Warden, TDCJ-ROBERTSON UNIT,
12071 F.M. 3522, Abilene, Tx. 79601
Briefly describe the acts(s) or omission(s) of this defendant which you claimed harmed you.
Listening, & Watching, & Working with officers commissioning "Turn Keys"

Defendant #4: Greg Rodriguez, Asst. Warden, TDCJ-ROBERTSON UNIT,
12071 F.M. 3522, Abilene, Tx. 79601
Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.
Listening, & Watching, & conspiring with Cozby & Turn Key Agents.

Defendant #5: S. Adams, Sgt., TDCJ-ROBERTSON UNIT,
12071 F.M. 3522, Abilene, Tx. 79601
Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.
"Retaliating"; "Fabricating"; Contaminating Material Evidence; "Falsifying Reports"

Rev. 05/15

3

V.    STATEMENT OF CLAIM:

State here in a short and plain statement the facts of your case, that is, what happened, where did it happen, when did it happen, and who was involved. Describe how each defendant is involved. You need not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach extra pages if necessary, but remember the complaint must be stated briefly and concisely. IF YOU VIOLATE THIS RULE, THE COURT MAY STRIKE YOUR COMPLAINT.

1) Warden J. Cozby, and her administration here in TDCJ-ROBERTSON UNIT are enforcing an on-going-&-continuing Retalitory Terror campaign on me for my legal activities. She is using her: (a) C.I.T. system; and (b) inmate "Turn-Keys"/"Building Tenders" to project this violence in efforts to intimidate me from pursuing my legal claims in various cases I have pending before the Courts.

2) In the latest stream of events on 13th October, 2023, on my way from prayer I was "group assaulted" by "Turn Keys"/"Building Tenders"; then denied proper Health Care and medical attention. The same inmates

continued on 4(a) →→→

VI.    RELIEF:

State briefly exactly what you want the court to do for you.   Make no legal arguments.  Cite no cases or statutes.

Declaratory, Injunctive, and Damages, Relief for Injury and Traumas sustained by state actors & Warden.

VII.    GENERAL BACKGROUND INFORMATION:

A. State, in complete form, all names you have ever used or been known by including any and all aliases.

Hardcore; Ace; Yahya; Abdullah Qawi; "Al-Barra"; "Sunny D."

B. List all TDCJ-CID identificaiton numbers you have ever been assigned and all other state or federal prison or FBI numbers ever assigned to you.

#01452106

VIII.    SANCTIONS:

A. Have you been sanctioned by any court as a result of any lawsuit you have filed?  ✓YES ____NO

B. If your answer is "yes," give the following information for every lawsuit in which sanctions were imposed. (If more than one, use another piece of paper and answer the same questions.)

1.  Court that imposed sanctions (if federal, give the district and division): Abilene U.S.D.C.

2.   Case number: _____

3.  Approximate date sanctions were imposed: _____

4.  Have the sanctions been lifted or otherwise satisfied?       ____YES  ✓NO

Rev. 05/15

Continued from pg. 4...

2) ... who assaulted me after Jumu'ah Prayer are now being allowed to corner me off here on 12 Bldg. while I am suffering from the injuries I sustained when they assaulted me. I did sustain "Blunt Force Trauma" to the head, feels like they gave me a "concussion". My mouth is sown/stitched up inadequately. There was no official "investigation" nor inquiry as to how I was wounded. I never seen any "certified doctor" to look at and treat my wounds, and head injury. There is an active "Top-down" "cover-up". The same "Turn Keys"/"Building Tenders" who assaulted me are being given free reign all over TDCJ-ROBERTSON UNIT, while I am being cornered, and locked-in, and isolated for them to continue these terroristic retalitory acts of violence. (Please Note: The same day this "Turn Key"/"Building Tender" assault took place 13th Oct. 2022, that same morning I had received a thick "Discovery Pack" in the stabbing case 9:19-cv-226). <u>"Please Notice I am a Layman".</u>

3) Warden Jennifer Cozbys' REGION- 6?5? C.I.T. staff is also being paied via "brikes", or "cashapps", with the "Turn Keys"/"Building Tenders" to enforce this violence & retalitory terrorist acts. There is a "nexus" here somewhere in the money transfers that are taking place on these "securus phone lines".

4) Warden Jennifer Cozbys' REGION 6 or 5? staff here at ROBERTSON are being allowed to levy froudulent retalitory charges; and run fraudulent courts on me. The very same officers who are having their cases "over turned" by the

4 (a)

continued on pg 4(b) →→

Continued from pg. 4(a)

4)... Reviewing authorities in Huntsville are being allowed to continue levying cases after their fraudulent reports, and courts, are "thrown out". This is being done to:[a] retaliate; (b) keep me in the worse prison conditions; (c) ruin my good name and reputation before the parole board and my family; I am loosing family support; (d) keep me from receiving money deposits and making commissary purchases. As a result of these fraudulent cases, and courts, I have not made one single commissary purchase all year 2023. "Not one", not even for basic hygeine & correspondence. My last commissary purchase was "December 2022". "4" Four "fraudulent" case reports and court findings have been "overturned", and these same officers: "Sgt. S. Adams" and "Capt. Merchant" are being allowed to levy their false/ fraudulent cases and TDCJ courts. (Please Note: There are other "Sgt." and "Capt." to do "ministerial duties" on-site. Instead "J. Cozby" is here allowing "the same officers" with "conflicts of interests" to "retaliate" and continue this cruel and unusual punishment being inflicted on me here at this TDCJ-ROBERTSON UNIT). "Please Notice I am a Layman".

5) K. Schwart, 12 Bldg. Principal Agent is:[a] denying me direct access to the law library; (b) him or someone shut my Tablet off so I cannot get access to LEXIS NEXIS like everyone else, Denying & infringing my access to the courts; (c) Please Note: Step 1 Grievances for Administrative Remedies have been filed in case No 9:19-CV-2268 1:23-CV-152-C.

4(b)

C. Has any court ever warned or notified you that sanctions could be imposed? ✓ YES ___ NO

D. If your answer is "yes," give the following information for every lawsuit in which a warning was issued. (If more than one, use another piece of paper and answer the same questions.)

1. Court that issued warning (if federal, give the district and division): ~~(crossed out)~~ Abilene U.S.D.C.

2. Case number: ~~(crossed out)~~

3. Approximate date warning was issued: 2018

Executed on: 17th OCTOBER, 2023
        DATE

_JUAN MANUEL ALBARADO_ (Layman)

_Juan M. Albarado_ (Layman)
        (Signature of Plaintiff)

## PLAINTIFF'S DECLARATIONS

1. I declare under penalty of perjury all facts presented in this complaint and attachments thereto are true and correct.
2. I understand, if I am released or transferred, it is my responsibility to keep the court informed of my current mailing address and failure to do so may result in the dismissal of this lawsuit.
3. I understand I must exhaust all available administrative remedies prior to filing this lawsuit.
4. I understand I am prohibited from brining an *in forma pauperis* lawsuit if I have brought three or more civil actions or appeals (from a judgment in a civil action) in a court of the United States while incarcerated or detained in any facility, which lawsuits were dismissed on the ground they were frivolous, malicious, or failed to state a claim upon which relief may be granted, unless I am under imminent danger of serious physical injury.
5. I understand even if I am allowed to proceed without prepayment of costs, I am responsible for the entire filing fee and costs assessed by the court, which shall be deducted in accordance with the law from my inmate trust account by my custodian until the filing fee is paid.

Signed this _17th_ day of _OCTOBER_, 20 _23_.
        (Day)            (month)            (year)

_JUAN MANUEL ALBARADO_ (Layman)

_Juan M. Albarado_ (Layman)
        (Signature of Plaintiff)

**WARNING: Plaintiff is advised any false or deliberately misleading information provided in response to the above questions may result in the imposition of sanctions. The sanctions the court may impose include, but are not limited to, monetary sanctions and the dismissal of this action with prejudice.**

Rev. 05/15

Date: 17th OCTOBER, 2023

TO: U.S. DIST. CLERK,
NORTHERN DISTRICT OF TEXAS
P.O. BOX 1218
Abilene, Tx. 79604

RECEIVED

OCT 2 4 2023

CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS

FROM: Juan Manuel Albarado
#01452106; TDCJ-RB
12071 F.M. 3522
Abilene, Tx. 79601

RE: Juan Manuel Albarado

v.

Jennifer Cozby, TDCJ-CID, Senior Warden


Dear Clerk,

Please be advised that enclosed with this document
is my ## DESTROY THE KLAN HISTORICAL WRIT:
42 U.S.C. §1983 Complaint Form for: Human Rights Abuses
and Terrorist acts being committed against me here in
this state Agency, TDCJ. Continuation of the RUIZ
Litigations. Filed on this 17th day of OCTOBER, 2023.
     I am Enclosing Copies of my Notice to Administrators
via I-60, & Step 1's.
     Thank you for your Time and attention in this matter.

                    Respectfully Submitted,
                    [JUAN MANUEL ALBARADO]
                    x _____ (Layman)
                      12071 F.M. 3522
                      Abilene, Tx. 79601





JUAN MANUEL ALBARADO
TDCJ #01452106-RB
12071 F.M. 3522
ABILENE, TX. COMANCHERIA, U.S.A.
79601

Special Mail

RECEIVED
OCT 24 2023

CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS

Honorable U.S. District Clerk,
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
P.O. Box 1218
ABILENE, TX. KOMANTSIKUI A, U.S.A.
79604

Mailed Out: 10-18-23

PRIVILEGED OFFENDER MAIL
NOT INSPECTED BY TEXAS
DEPARTMENT OF CRIMINAL
JUSTICE - CORRECTIONAL
INSTITUTIONS DIVISION